DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GARY JAMES LAPLANT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1719

_____

March 11, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, AND LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.